UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lance Wickner,                                      Civil No. 11-3448 (DWF/JJK)

          Petitioner,

v.                                                  **ORDER ADOPTING REPORT
                                                    AND RECOMMENDATION**

Jenny Collelo and Dr. Melissa Hagen,

          Defendants.

---

Lance Wickner, *Pro Se*, Plaintiff.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 14, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 6, 2012          s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge